JONATHAN D. HALLY
jonhally@idahoconstructionlawyers.com
ISB#4979
BLEWETT MUSHLITZ HALLY, LLP
710 16th Avenue
P.O. Box 1990
Lewiston, Idaho 83501
Telephone: (208) 413-6678
Facsimile:  (208) 413-6682
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRANDON G. KELLEY, individually and on behalf of his minor children L.M.K and H.O.K., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. _____ <br><br> **COMPLAINT** |

COME NOW the above-named Plaintiffs and for a cause of action against the Defendant and alleges as follows:

1.      This is a civil action brought pursuant to the Federal Tort Claims Act, 28 U.S.C §§ 2671-2680, and arises from damages sustained by Plaintiffs as a direct and proximate cause of a vehicle collision resulting from the negligent actions of a federal employee committed while acting within the course and scope of his employment wherein said federal employee

**COMPLAINT**                                          − 1

admittedly fell asleep while driving, crossed the centerline into the oncoming lane of traffic and crashed into the Plaintiffs' vehicle.

2. Plaintiffs, Brandon Kelley and his minor children whose initials are L.M.K and H.O.K., presently are and at all times herein have been citizens of the United States and at all times relevant have resided in Lewiston, Nez Perce County, State of Idaho.

3. Venue is proper in the above-entitled court by virtue of 28 U.S.C. §1391(e) and/or §1402(b) since the wrongful acts giving rise to this lawsuit occurred within the District of Idaho for the United States District Court.

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1346(b).

5. Plaintiffs have satisfied all conditions precedent to the filing of this lawsuit and, have exhausted their administrative remedies by timely filing a claim with United States Geological Survey, an agency of the United States of America. The Plaintiffs' claims were denied on April 9, 2018.

6. On or about October 11, 2015, Plaintiff Brandon Kelley was driving a 2008 Hyundai Tucson northbound on U.S. Highway 95 at approximately mile marker 178 near the town of New Meadows, Idaho. At said time, Brandon Kelley's two minor children, L.M.K. and H.O.K, were passengers. The Hyundai Tucson was owned by the Brandon Kelley.

7. At the time and location identified in paragraph 6, above, United States Geological Survey employee, Christopher Peterson ("Peterson") was driving a 2011 Ford F150 (VIN 1FTW1EF3CKD15797) southbound on U.S. Highway 95. There were no passengers with Peterson. The Ford F150 was owned by the United States.

COMPLAINT — 2

Blewett Mushlitz Hally, LLP
Attorneys
Lewiston, Idaho 83501

8. At approximately mile marker 178 near the town of New Meadows, Idaho, Peterson fell asleep while driving, resulting in the Ford F150 unlawfully crossing over the centerline and into the northbound lane of travel and crashing violently into the vehicle driven by Brandon Kelley.

9. That at the time of the auto collision complained of herein and at all times relevant, Peterson was employed by the United States Geological Survey and was acting within the course and scope of his employment.

10. The injuries and damages as hereinafter alleged were the direct and proximate result of the negligence and/or wrongful acts or omissions of Peterson. Said negligence and/or wrongful acts or omissions include, but are not necessarily limited to the following:

   a. In failing to remain on the right side of road and crossing center line in violation of Idaho Code Sections 49-630 and 49-635;

   b. In operating vehicle in a careless manner contrary to Idaho Code Section 49-1401;

   c. In operating a vehicle in a manner in an inattentive manner, careless and/or imprudent manner in violation of Idaho Code Section 49-1401;

   d. In operating a vehicle carelessly and heedlessly and without due caution and circumspection and in a manner as to endanger or be likely to endanger any person or property in violation of Idaho Code Section 49-1401;

11. Peterson's actions in operating a vehicle in violation of safety statutes constitutes negligence per se.

**COMPLAINT** — 3

12. As a direct and proximate cause of Peterson's wrongful conduct, Plaintiff Brandon Kelley suffered property damages including but not limited his vehicle being a complete loss as well as damaging other personal property. For purposes of this Complaint, the property damage suffered by Plaintiffs is at least $17,840.96. The total amount of property damages will be proven at trial.

13. As a direct and proximate result of Peterson's conduct, Plaintiff Brandon Kelly suffered damages for personal injury including past, present and future pain and suffering, mental anguish, physical and mental impairment, a loss of enjoyment of life and economic damages from a loss of past and future income. The amount of general and special damages will be proven at trial.

14. As a direct and proximate result of Peterson's conduct, Plaintiffs L.M.K and H.O.K suffered damages for personal injury including past, present and future pain and suffering and mental anguish in an amount to be determined at trial.

15. As a direct and proximate cause of Peterson's conduct, the Plaintiffs have incurred special damages in the form of medical expenses, loss of value and loss of use of their vehicle and costs of rental vehicle and loss of income. For purposes of this Complaint the medical expenses are at least $17,384.58, but said medical expenses will increase with additional treatment. The exact amount of special damages as well as general damages suffered by Plaintiffs will be in an amount to be proven at trial.

16. Plaintiffs' injuries and damages were directly, foreseeable, and proximately caused by the negligent or wrongful act or omissions of Peterson.

**COMPLAINT** − 4

Blewett Mushlitz Hally, LLP
Attorneys
Lewiston, Idaho 83501

17. The United Stated of America is liable for damages suffered by Plaintiffs as a direct and proximate result of the negligent and wrongful conduct of Peterson since Peterson was an employee of the United States and was acting within the course and scope of his employment when he caused injury to the Plaintiffs.

18. That in order to recover damages referred to above, it has been necessary for Plaintiffs to employ the law firm of Blewett Mushlitz Hally, LLP to represent them in this action. Plaintiffs are entitled to an amount of reasonable attorney fees as the court deems just and for costs necessarily incurred in the prosecution of this case.

WHEREFORE, Plaintiffs pray for monetary judgment against the Defendant as follows:

1. For general and special damages, including past, present, and future medical expenses; temporary and/or permanent bodily injury and mental impairment; past, present, and future pain and suffering; loss of enjoyment of life; property damage, loss of use and loss of value of vehicle, and loss of past and future income all in an amount to be established at trial.

2. For Plaintiffs' costs and attorney fees necessarily incurred herein; and

3. For such other and further relief as the court deems just and equitable.

DATED this 16th day of May, 2018.

BLEWETT MUSHLITZ HALLY, LLP

By: _____
Jonathan D. Hally, a member of the firm
Attorneys for Plaintiffs
710 16th Avenue, Lewiston, Idaho 83501
jonhally@idahoconstructionlawyers.com
(208) 413-6678

**COMPLAINT** – 5

Blewett Mushlitz Hally, LLP
Attorneys
Lewiston, Idaho 83501